UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA WEST, Individually, and Executrix of the ESTATE OF RUSSELL WEST, Plaintiff, | ) ) ) ) ) |
| | CIVIL ACTION NO. 3:12-CV-30069-MAP |
| v. | ) ) |
| FIRSTLIGHT POWER ENTERPRISES, INC., IPR-GDF SUEZ ENERGY NORTH AMERICA, INC., ABINGTON GROUP, INC., BAKER CORP., McELROY MANUFACTURING, INC., and ISCO INDUSTRIES, LLC, Defendants | ) ) ) ) ) ) ) ) |

## DEFENDANT, BAKERCORP'S, ANSWER TO THE PLAINTIFF'S COMPLAINT

The Defendant's, BakerCorp ("Baker" or "Defendant"), hereby makes this its answer to the Plaintiff, Donna West, Individually and Executrix of the Estate of Russell West's, Complaint, as follows:

### FIRST DEFENSE

### Allegation of Jurisdiction

The Defendant states that this unnumbered paragraph is a legal conclusion for which no answer is necessary; however, to the extent a response is required, the Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the Plaintiffs to prove the same.

2.      The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

1

3.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

4.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

5.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

6.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

7.     The Defendant admits the allegations contained in this paragraph.

8.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

9.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

10.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

11.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

12.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

13.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

14.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

15.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

16.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

17.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

18.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

19.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

20.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

21.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

22.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

23.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

24.     The Defendant denies the allegations in this paragraph.

25.     The Defendant denies the allegations contained in this paragraph.

26.     The Defendant denies the allegations contained in this paragraph.

27.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

28.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

29.     The Defendant states that this paragraph contains a legal conclusion for which no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in this paragraph.

30.     The Defendant denies the allegations in this paragraph.

31.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

32.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

33.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

34.     The Defendant denies the allegations contained in this paragraph.

35.     The Defendant denies the allegations contained in this paragraph.

36.     The Defendant denies the allegations contained in this paragraph.

37.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

38.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

39.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

40.     The Defendant denies the allegations contained in this paragraph.

## COUNT I
## ESTATE OF RUSSELL WEST v. FIRSTLIGHT POWER ENTERPRISES
## NEGLIGENCE

41.    The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 40 and makes them its answer to this paragraph.

42-44. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT II
## ESTATE OF RUSSELL WEST v. FIRSTLIGHT POWER ENTERPRISES
## PUNITIVE DAMAGES

45.    The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 44 and makes them its answer to this paragraph.

46-47. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT III
## ESTATE OF RUSSELL WEST v. FIRSTLIGHT POWER ENTERPRISES
## LOSS OF CONSORTIUM

48.    The Defendant repeats and incorporates by reference their answers to paragraphs 1 through 47 and makes them its answer to this paragraph.

49-50. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT IV
## ESTATE OF RUSSELL WEST v. FIRSTLIGHT POWER ENTERPRISES
## ULTRA HAZARDOUS ACTIVITY-STRICT LIABILITY

51.     The Defendant repeats and incorporates by reference their answers to paragraphs 1 through 50 and makes them its answer to this paragraph.

52-55. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT V
## ESTATE OF RUSSELL WEST v. IPR-GDF SUEZ ENERGY NORTH AMERICA
## NEGLIGENCE

56.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 55 and makes them its answer to this paragraph.

57-59. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of Defendant, together with costs, interest and reasonable attorneys' fees.

## COUNT VI
## ESTATE OF RUSSELL WEST v. IPR-GDF SUEZ ENERGY NORTH AMERICA
## PUNITIVE DAMAGES

60.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 59 and makes them its answer to this paragraph.

61-62. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT VII
## ESTATE OF RUSSELL WEST v. IPR-GDF SUEZ ENERGY NORTH AMERICA
## LOSS OF CONSORTIUM

63.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 62 and makes them its answer to this paragraph.

64-65. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT VIII
## ESTATE OF RUSSELL WEST v. IPR-GDF SUEZ ENERGY NORTH AMERICA
## ULTRA HAZARDOUS ACTIVITY-STRICT LIABILITY

66.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 65 and makes them its answer to this paragraph.

67-70. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

**COUNT IX**
**ESTATE OF RUSSELL WEST v. ABINGTON GROUP, INC.**
**NEGLIGENCE**

71.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 70 and makes them its answer to this paragraph.

72-74. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

**COUNT X**
**ESTATE OF RUSSELL WEST v. ABINGTON GROUP, INC.**
**PUNITIVE DAMAGES**

75.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 74 and makes them its answer to this paragraph.

76-77. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

### COUNT XI
### ESTATE OF RUSSELL WEST v. ABINGTON GROUP, INC.
### LOSS OF CONSORTIUM

78.    The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 77 and makes them its answer to this paragraph.

79-80. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

### COUNT XII
### ESTATE OF RUSSELL WEST v. ABINGTON GROUP, INC.
### ULTRA HAZARDOUS ACTIVITY-STRICT LIABILITY

81.    The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 80 and makes them its answer to this paragraph.

82-85. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

### COUNT XIII
### ESTATE OF RUSSELL WEST v. BAKERCORP
### NEGLIGENCE

86.    The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 85 and makes them its answer to this paragraph.

87.    The Defendant denies the allegations contained in this paragraph.

88.    The Defendant denies the allegations contained in this paragraph.

89.     The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

**COUNT XIV**
**ESTATE OF RUSSELL WEST v. BAKERCORP**
**PUNITIVE DAMAGES**

90.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 89 and makes them its answer to this paragraph.

91.     The Defendant denies the allegations contained in this paragraph.

92.     The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

**COUNT XV**
**ESTATE OF RUSSELL WEST v. BAKERCORP**
**LOSS OF CONSORTIUM**

93.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 92 and makes them its answer to this paragraph.

94.     The Defendant denies the allegations contained in this paragraph.

95.     The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

**COUNT XVI**
**ESTATE OF RUSSELL WEST v. BAKERCORP**
**ULTRA HAZARDOUS ACTIVITY-STRICT LIABILITY**

96.     The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 95 and makes them its answer to this paragraph.

97.   The Defendant denies the allegations contained in this paragraph.

98.   The Defendant denies the allegations contained in this paragraph.

99.   The Defendant denies the allegations contained in this paragraph.

100.   The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT XVII
## ESTATE OF RUSSELL WEST v. McELROY MANUFACTURING
## NEGLIGENCE

101.   The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 100 and makes them its answer to this paragraph.

102-105.   The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT XVIII
## ESTATE OF RUSSELL WEST v. McELROY MANUFACTURING
## BREACH OF WARRANTY UNDER G.L. c. 106 ARTICLE 2

106.   The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 105 and makes them its answer to this paragraph.

107(a-g)-109. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys'

fees.

## COUNT XIX
## ESTATE OF RUSSELL WEST v. McELROY MANUFACTURING
## LOSS OF CONSORTIUM

110.   The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 109 and makes them its answer to this paragraph.

111-112.   The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT XX
## ESTATE OF RUSSELL WEST v. ISCO INDUSTRIES LLC
## NEGLIGENCE

113.   The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 112 and makes them its answer to this paragraph.

114-117.   The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

## COUNT XXI
## ESTATE OF RUSSELL WEST v. ISCO INDUSTRIES LLC
## BREACH OF WARRANTY UNDER G.L. c. 106 ARTICLE 2

118.   The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 117 and makes them its answer to this paragraph.

119(a-g)-121. The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

**COUNT XXII**
**ESTATE OF RUSSELL WEST v. ISCO INDUSTRIES LLC**
**LOSS OF CONSORTIUM**

122.    The Defendant repeats and incorporates by reference its answers to paragraphs 1 through 121 and makes them its answer to this paragraph.

123-124.        The Defendant states that these paragraphs are not directed to this Defendant and, therefore, no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in these paragraphs.

WHEREFORE, the Defendant demands that Plaintiff's Complaint be dismissed and that judgment enter in favor of the Defendant, together with its costs, interest and reasonable attorneys' fees.

**SECOND DEFENSE**

**FIRST AFFIRMATIVE DEFENSE**

And further answering, the Defendant states that the Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

And further answering, the Defendant states that to the extent it owed any obligation to the Plaintiff and/or Plaintiff's Decedent, such obligations were fully, completely and properly performed in every respect.

### THIRD AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the acts complained of were committed by a person(s) for whose conduct the Defendant was not responsible.

### FOURTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the acts complained of did not cause or contribute to the Plaintiff's Decedent's injuries and/or death.

### FIFTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's claims sounding in negligence and gross negligence (punitive damages) must fail where the Defendant was neither negligent nor grossly negligent.

### SIXTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(5) to the extent of insufficient service of process.

### SEVENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(4) to the extent of insufficiency of process.

### EIGHTH AFFIRMATIVE DEFENSE

And further answering, the Defendant says that if the Plaintiff proves that the Defendant was negligent as alleged, the Plaintiff's decedent was negligent to a greater degree than the Defendant; accordingly, the Plaintiff is barred from recovery under the Comparative Negligence Law of the Commonwealth of Massachusetts.

## NINTH AFFIRMATIVE DEFENSE

And further answering, the Defendant says that the Plaintiff's Complaint should be dismissed to the extent the claims resulted from the superseding and/or intervening acts of parties for whom the Defendant is not responsible.

## TENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's claims should be dismissed to the extent they are barred by the doctrine of laches.

## ELEVENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's claims should be dismissed to the extent they are barred by the doctrine of waiver.

## TWELFTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's claims should be dismissed to the extent they are barred by the doctrine of estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that to the extent that the Plaintiff is not the duly appointed administrators of the estate of Russell West, the Plaintiff is not authorized to maintain this action.

## FOURTEENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that to the extent that the Plaintiff's decedent's own negligence contributed to the injuries and damages claimed, any recovery by the Plaintiff must be diminished or barred in accordance with M.G.L. c. 231, Section 85.

## FIFTEENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that, to the extent applicable, the Defendant complied with all Federal and State regulations governing its operations and properly performed any such obligations in every respect.

## SIXTEENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that to the extent the Court lacks personal jurisdiction over the Defendant, the plaintiff's complaint should be dismissed pursuant to Fed. Rule Civ. P. 12(b)(2).

## SEVENTEENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Complaint should be dismissed for misnomer of a party.

## EIGHTEENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(7) to the extent the Plaintiff fails to join a proper party as required by Rule 19.

## NINETEENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff is barred from recovery, to the extent the Plaintiff's Decedent and/or his employer was, at all times, a sophisticated user of the pump and associated piping; accordingly, the Plaintiff's Decedent and/or his employer knew or reasonably should have known of the alleged danger to the extent such alleged danger existed.

## TWENTIETH AFFIRMATIVE DEFENSE

And further answering, the Defendant says that to the extent the subject product and component parts were misused, abused and/or not properly maintained, the Plaintiff is barred from recovery.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's claims sounding in negligence must fail where the co-defendants were not servants, employees or agents of this Defendant.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's claims sounding in Strict Liability must fail where the activity complained of in the Complaint was not an ultra hazardous activity.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's strict liability claims are limited and/or barred where there was intervention by a third party.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's alleged damage is not within the scope of risk presented by the Defendant's activities.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the Plaintiff's strict liability claim is limited and/or barred to the extent the Plaintiff has claimed damages that cannot reasonably be foreseen as a natural result of the Defendants' actions.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

And further answering, the Defendant states that the to the extent the Plaintiff's claim is barred by the applicable statute of limitations and/or Statute of Repose, the plaintiff's complaint should be dismissed.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

And further answering, the Defendant reserves the right to raise additional affirmative

defenses after discovery under Rule 8(c) of the Federal Rules of Civil Procedure.

## JURY CLAIM

THE DEFENDANT HEREBY CLAIMS A TRIAL BY JURY ON ALL ISSUES RAISED

IN THE COMPLAINT.

Respectfully submitted,
Defendant,
BakerCorp,
By its Attorneys,

Mark B. Lavoie, BBO# 553204
Michael J. St. Andre, BBO# 630278
McDonough, Hacking, & Lavoie, LLC
One Washington Mall
Boston, MA 02108
(617) 367-0808
mlavoie@mhlattys.com
mstandre@mhlattys.com

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing
pleading on all parties by electronic service, to all
counsel of record.
Signed under the pains and penalties of perjury.

DATED: 6/20/12