UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DOCKET NO: 3:12-CV-30069-MAP

| | |
|---|---|
| DONNA WEST, INDIVIDUALLY AND | ) |
| EXECUTRIX OF THE ESTATE OF | ) |
| RUSSELL WEST, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| FIRSTLIGHT POWER ENTERPRISES, | ) |
| INC., IPR-GDF SUEZ ENERGY | ) |
| NORTH AMERICA, INC., ABINGTON | ) |
| GROUP, INC., BAKER CORP., | ) |
| McELROY MANUFACTURING, INC. | ) |
| AND ISCO INDUSTRIES, LLC, | ) |
|     Defendants | ) |

**DEFENDANT, ISCO INDUSTRIES, LLC'S
ANSWER TO COMPLAINT, DEMAND FOR JURY TRIAL
AND CROSS-CLAIMS**

The defendant denies the allegations in the unnumbered paragraph under the heading "Allegations of Jurisdiction."

1. There is no paragraph no. 1

**The Parties**

2. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 2 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

3. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 3 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

4. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 4 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

5.   The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 5 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

6.   The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 6 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

7.   The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 7 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

8.   The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 8 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

9.   The defendant, ISCO Industries, LLC, admits the allegations contained in paragraph 9 of the plaintiff's complaint.

## Factual Allegations

10. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 10 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

11. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 11 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

12. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 12 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

13. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 13 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

14. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 14 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

15. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 15 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

16. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 16 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

17. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 17 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

18. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 18 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

19. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 19 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

20. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 20 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

21. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 21 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

22. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 22 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

23. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 23 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

24. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 24 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

25. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 25 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

26. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 26 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

27. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 27 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

28. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 28 of the plaintiff's complaint.

29. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 29 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

30. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 30 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

31. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 31 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

32. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 32 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

33. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 33 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

34. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 34 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

35. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 35 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

36. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 36 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

37. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 37 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

38. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 38 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

39. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 39 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

40. The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 40 of the plaintiff's complaint.


## COUNT I

41. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-40.

42. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

43. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

44. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.


## COUNT II

45. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-44.

46. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

47. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT III

48. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-47.

49. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

50. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT IV

51. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-50.

52. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

53. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

54. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

55. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT V

56. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-55.

57. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

58. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

59. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT VI

60. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-59.

61. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

62. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT VII

63. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-62.

64. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

65. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT VIII

66. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-65.

67. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

68. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

69. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

70. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT IX

71. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-70.

72. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

73. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

74. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT X

75. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-74.

76. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

77. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XI

78. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-77.

79. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

80. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XII

81. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-80.

82. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

83. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

84. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

85. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XIII

86. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-85.

87. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

88. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

89. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XIV

90. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-89.

91. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

92. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XV

93. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-92.

94. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

95. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XVI

96. The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-95.

97. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

98. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

99. Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

100.	Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XVII

101.	The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-100.

102.	Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

103.	Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

104.	Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

105.	Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XVIII

106.	The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-105.

107.	Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

108.	Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

109.	Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XIX

110.	The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-109.

111.     Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

112.     Insofar as the allegations in this paragraph are directed to another defendant, no response is required.  To the extent that a response is required of the defendant, ISCO Industries, LLC, the allegations are denied.

## COUNT XX

113.     The defendant, ISCO Industries, LLC, incorporates by reference as through fully set forth herein its answers to paragraphs 1-112.

114.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 114 of the plaintiff's complaint.

115.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 115 of the plaintiff's complaint.

116.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 116 of the plaintiff's complaint.

117.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 117 of the plaintiff's complaint.

## COUNT XXI

118.     The defendant, ISCO Industries, LLC, incorporates by reference as through fully set forth herein its answers to paragraphs 1-117.

119.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 119 of the plaintiff's complaint.

120.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 120 of the plaintiff's complaint.

121.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 121 of the plaintiff's complaint.

## COUNT XXII

122.     The defendant, ISCO Industries, LLC, incorporates by reference as though fully set forth herein its answers to paragraphs 1-121.

123.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 123 of the plaintiff's complaint.

124.     The defendant, ISCO Industries, LLC, denies the allegations contained in paragraph 124 of the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

### SECOND AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the negligence of the plaintiff was greater than the alleged negligence of the defendant and that such negligence of the plaintiff contributed to her alleged injury and, therefore, the plaintiff is barred from recovery under M.G.L. c. 231, Section 85.

### THIRD AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the plaintiff was guilty of contributory negligence and that the damages, if any, recovered by the plaintiff from the defendant should be reduced in proportion to the said negligence of the plaintiff in accordance with M.G.L. c. 231, Section 85.

### FOURTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, is guilty of no negligence.

### FIFTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the injuries alleged were caused in whole or in part by the negligence of the plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, states that said injuries were caused by the intervening and/or superseding acts of third persons for which the defendant is not liable.

## SEVENTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the plaintiff has failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

## EIGHTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the plaintiff's complaint fails to state a claim upon which relief can be granted.

## NINTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the Court does not have personal jurisdiction over the defendant, wherefore the said defendant says that this action should be dismissed pursuant to Rule l2(b)(2).

## TENTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the complaint should be dismissed pursuant to Rule l2(b)(4) for insufficiency or process.

## ELEVENTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the complaint should be dismissed pursuant to Rule l2(b)(5) for insufficient service of process.

## TWELFTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the complaint should be dismissed pursuant to Rule l2(b)(6) for failure to state a claim upon which relief can be granted.

## THIRTEENTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, denies that the plaintiff is the duly appointed executor or administrator of the estate of the decedent in the Commonwealth of Massachusetts, and hereby makes a special demand upon the plaintiff for proof of said appointment.

## FOURTEENTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that it has no liability to the plaintiff for the reason that the warranty which the plaintiff alleges was breached was excluded by the defendant and never made to the plaintiff.

### FIFTEENTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the plaintiff cannot recover for the reason that he/she failed to give notice of the damages allegedly suffered by him/her to the defendant as required by applicable law.

### SIXTEENTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the plaintiff by his/her conduct and actions and/or by the conduct and actions of his/her agents and servants, is estopped to recover any judgment against the defendant.

### SEVENTEENTH AFFIRMATIVE DEFENSE

And further answering the defendant, ISCO Industries, LLC, says that the plaintiff by his/her conduct and actions and/or by the conduct and actions of his/her agents and servants, has waived any and all rights he/she may have had against the defendant, and therefore the plaintiff cannot recover in this action.

## CROSS-CLAIMS

1. The plaintiff has commenced an action against the defendant/plaintiff in crossclaim, ISCO Industries, LLC, for alleged injuries resulting from the alleged negligence or other fault of the defendant/plaintiff in crossclaim.

## COUNT I—(CONTRIBUTION—FirstLight Power Enterprises, Inc.)

2. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, repeats and incorporates by reference those allegations contained in the prior paragraphs of the Crossclaim as though fully set forth herein.

3. The plaintiff's alleged injuries were not caused by any negligence or other fault of the defendant/plaintiff in crossclaim, ISCO Industries, LLC. If the plaintiff's alleged injuries were caused by the negligence or other fault of anyone other than the plaintiff, they were caused by the negligence or other fault of defendant/defendant in crossclaim, FirstLight Power Enterprises, Inc. ("First Light").

4. If the defendant/plaintiff in crossclaim, ISCO Industries, LLC, is so liable to the plaintiff, then defendant/defendant in crossclaim, First, Light, is jointly liable for the damages alleged in the plaintiff's Complaint and that the defendant/plaintiff in crossclaim, ISCO Industries, LLC, is entitled to contribution pursuant to M.G.L. Ch. 231B from defendant/defendant in crossclaim, First Light.

   WHEREFORE, the defendant/plaintiff in crossclaim, ISCO Industries, LLC, demands judgment against defendant/defendant in crossclaim, First Light, for all or part of any sums adjudged against it, together with interest and costs.

15

**COUNT II—(INDEMNIFICATION—FirstLight Power Enterprises, Inc.)**

5.  The defendant/plaintiff in crossclaim, ISCO Industries, LLC, repeats and incorporates by reference those allegations contained in the prior paragraphs of the Crossclaim as though fully set forth herein.

6.  The defendant/plaintiff in crossclaim, ISCO Industries, LLC, denies any fault or wrongdoing, but they may be exposed to liability to the plaintiff due to the wrongful acts of defendant/defendant in crossclaim, First Light.

7.  If the plaintiff recovers a judgment against defendant/plaintiff in crossclaim, ISCO Industries, LLC, then ISCO Industries, LLC is entitled to complete indemnification from defendant/defendant in crossclaim, First Light.

   WHEREFORE, the defendant/plaintiff in crossclaim, ISCO Industries, LLC demands judgment against defendant/defendant in crossclaim, First Light, for all or part of any sums adjudged against it, together with interest and costs.

**COUNT III—(CONTRIBUTION—IPR-GDF SUEZ Energy North America, Inc.)**

8.  The defendant/plaintiff in crossclaim, ISCO Industries, LLC, repeats and incorporates by reference those allegations contained in the prior paragraphs of the Crossclaim as though fully set forth herein.

9.  The plaintiff's alleged injuries were not caused by any negligence or other fault of the defendant/plaintiff in crossclaim, ISCO Industries, LLC.  If the plaintiff's alleged injuries were caused by the negligence or other fault of anyone other than the plaintiff, they were caused by the negligence or other fault of defendant/defendant in crossclaim, IPR-GDF SUEZ Energy North America, Inc..

10. If the defendant/plaintiff in crossclaim, ISCO Industries, LLC, is so liable to the plaintiff, then defendant/defendant in crossclaim, IPR-GDF SUEZ Energy North America, Inc., is jointly liable for the damages alleged in the plaintiff's Complaint and that the defendant/plaintiff in crossclaim, ISCO Industries, LLC, is entitled to contribution pursuant to M.G.L. Ch. 231B from defendant/defendant in crossclaim, IPR-GDF SUEZ Energy North America, Inc..

   WHEREFORE, the defendant/plaintiff in crossclaim, ISCO Industries, LLC, demands judgment against defendant/defendant in crossclaim, IPR-GDF SUEZ Energy North America, Inc., for all or part of any sums adjudged against it, together with interest and costs.

**COUNT IV—(INDEMNIFICATION— IPR-GDF SUEZ Energy North America, Inc.)**

11. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, repeats and incorporates by reference those allegations contained in the prior paragraphs of the Crossclaim as though fully set forth herein.

12. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, denies any fault or wrongdoing, but they may be exposed to liability to the plaintiff due to the wrongful acts of defendant/defendant in crossclaim, IPR-GDF SUEZ Energy North America, Inc..

13. If the plaintiff recovers a judgment against defendant/plaintiff in crossclaim, ISCO Industries, LLC, then ISCO Industries, LLC is entitled to complete indemnification from defendant/defendant in crossclaim, IPR-GDF SUEZ Energy North America, Inc..

WHEREFORE, the defendant/plaintiff in crossclaim, ISCO Industries, LLC demands judgment against defendant/defendant in crossclaim, IPR-GDF SUEZ Energy North America, Inc., for all or part of any sums adjudged against it, together with interest and costs

## COUNT V—(CONTRIBUTION—Abington Group, Inc.)

14. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, repeats and incorporates by reference those allegations contained in the prior paragraphs of the Crossclaim as though fully set forth herein.

15. The plaintiff's alleged injuries were not caused by any negligence or other fault of the defendant/plaintiff in crossclaim, ISCO Industries, LLC.  If the plaintiff's alleged injuries were caused by the negligence or other fault of anyone other than the plaintiff, they were caused by the negligence or other fault of defendant/defendant in crossclaim, Abington Group, Inc.

16. If the defendant/plaintiff in crossclaim, ISCO Industries, LLC, is so liable to the plaintiff, then defendant/defendant in crossclaim is jointly liable for the damages alleged in the plaintiff's Complaint and that the defendant/plaintiff in crossclaim, ISCO Industries, LLC, is entitled to contribution pursuant to M.G.L. Ch. 231B from defendant/defendant in crossclaim, Abington Group, Inc.

WHEREFORE, the defendant/plaintiff in crossclaim, ISCO Industries, LLC, demands judgment against defendant/defendant in crossclaim, Abington Group, Inc., for all or part of any sums adjudged against it, together with interest and costs.

## COUNT VI—(INDEMNIFICATION— Abington Group, Inc.)

17. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, repeats and incorporates by reference those allegations contained in the prior paragraphs of the Crossclaim as though fully set forth herein.

18. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, denies any fault or wrongdoing, but they may be exposed to liability to the plaintiff due to the wrongful acts of defendant/defendant in crossclaim, Abington Group, Inc..

19. If the plaintiff recovers a judgment against defendant/plaintiff in crossclaim, ISCO Industries, LLC, then ISCO Industries, LLC is entitled to complete indemnification from defendant/defendant in crossclaim, Abington Group, Inc..

WHEREFORE, the defendant/plaintiff in crossclaim, ISCO Industries, LLC demands judgment against defendant/defendant in crossclaim, Abington Group, Inc., for all or part of any sums adjudged against it, together with interest and costs

## COUNT VII—(CONTRIBUTION—Baker Corp.)

20. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, repeats and incorporates by reference those allegations contained in the prior paragraphs of the Crossclaim as though fully set forth herein.

21. The plaintiff's alleged injuries were not caused by any negligence or other fault of the defendant/plaintiff in crossclaim, ISCO Industries, LLC. If the plaintiff's alleged injuries were caused by the negligence or other fault of anyone other than the plaintiff, they were caused by the negligence or other fault of defendant/defendant in crossclaim, Baker Corp.

22. If the defendant/plaintiff in crossclaim, ISCO Industries, LLC, is so liable to the plaintiff, then defendant/defendant in crossclaim, Baker Corp., is jointly liable for the damages alleged in the plaintiff's Complaint and that the defendant/plaintiff in crossclaim, ISCO Industries, LLC, is entitled to contribution pursuant to M.G.L. Ch. 231B from defendant/defendant in crossclaim, Baker Corp.

WHEREFORE, the defendant/plaintiff in crossclaim, ISCO Industries, LLC, demands judgment against defendant/defendant in crossclaim, Baker Corp., for all or part of any sums adjudged against it, together with interest and costs.

## COUNT VIII—(INDEMNIFICATION— Baker Corp.)

23. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, repeats and incorporates by reference those allegations contained in the prior paragraphs of the Crossclaim as though fully set forth herein.

24. The defendant/plaintiff in crossclaim, ISCO Industries, LLC, denies any fault or wrongdoing, but they may be exposed to liability to the plaintiff due to the wrongful acts of defendant/defendant in crossclaim, Baker Corp.

25. If the plaintiff recovers a judgment against defendant/plaintiff in crossclaim, ISCO Industries, LLC, then ISCO Industries, LLC is entitled to complete indemnification from defendant/defendant in crossclaim, Baker Corp.

WHEREFORE, the defendant/plaintiff in crossclaim, ISCO Industries, LLC demands judgment against defendant/defendant in crossclaim, Baker Corp., for all or part of any sums adjudged against it, together with interest and costs.

## JURY DEMAND

The defendant, ISCO Industries, LLC, hereby demands a trial by jury on all issues and claims.

ISCO INDUSTRIES, INC.
By its attorney,


*/s/David F. Hassett*

_____
David F. Hassett, Esquire #544443
dhassett@hassettanddonnelly.com
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA  01608
(508)  791-6287

Dated:   June 20, 2012

## <u>CERTIFICATE OF SERVICE</u>

   I, David F. Hassett, counsel of record for the defendant, ISCO Industries, LLC, in this action, do hereby certify that I have served a copy of the foregoing was filed through the ECF System and has been served pursuant to Local Rule 5.2(b) this 20th day of June, 2012, via first class mail, postage prepaid, to:

Steven M. Litner, Esquire
Thomas T. Merrigan, Esquire
Meredith J. McGair, Esquire
Rawson Merrigan & Litner LLP
185 Devonshire St., Suite 100
Boston, MA 02210

FirstLight Power Enterprises, Inc.
1990 Post Oak Boulevard, Suite 1900
Houston, Texas 77056-3818

Attorney  for Baker Corp.
Mark B. Lavoie, Esquire
McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108

IPR-GDF Suez Energy North America, Inc.
1990 Post Oak Boulevard, Suite 1900
Houston, Texas 77056-3818

Attorney for Abington Group, Inc.
Thomas P. Schuler, Esquire
Law Office of Steven B. Stein
One Monarch Place
1414 Main Street, Suite 550
Springfield, MA 01144

McElroy Manufacturing, Inc.
Joseph H. Aronson, Esquire
McCormack & Epstein
One International Place
Boston, MA 02110-0140

          */s/David F. Hassett*
          _____
          David F. Hassett, Esquire