UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA WEST, Individually and as Executrix of the Estate of Russell West, Plaintiff<br><br>v.<br><br>FIRSTLIGHT POWER ENTERPRISES, INC., ET AL., Defendants | CIVIL ACTION NO. 12-30069-MAP |

DEFENDANT, ABINGTON GROUP, INC.'S, MOTION TO DISMISS
COUNT IX OF PLAINTIFF'S AMENDED COMPLAINT

Now comes the Defendant, Abington Group, Inc., and moves the Court to dismiss Count IX (Ultrahazardous Activity--Strict Liability) of the Plaintiff's Amended Complaint, on the ground it fails to state a claim upon which relief may be granted. In support of this motion, the Defendant files herewith Defendant, Abington Group, Inc.'s, Memorandum in Support of its Motion to Dismiss Count XI of Plaintiff's Amended Complaint.

WHEREFORE, the Defendant, Abington Group, Inc., respectfully requests the Court to Dismiss Count IX of the Plaintiff's Amended Complaint.

ABINGTON GROUP, INC. (NH), Defendant

By /s/ Thomas P. Schuler
THOMAS P. SCHULER
LAW OFFICE OF STEVEN B. STEIN
One Monarch Place, Suite 550
Springfield, Ma 01144
PH. (413) 730-6350
FAX (413) 730-6361
E-MAIL: TSCHULER@TRAVELERS.COM

*DENIED as moot. The Count in question has been voluntarily dismissed.*

*Michael A. Ponsor USDJ*
*2-5-13*

1